UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT ESQUIRO,

    Plaintiff,

v.

OKANOGAN COUNTY DISTRICT COURT,

    Defendant.

Case No. C19-801-JLR-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) This case is DISMISSED without prejudice for failure to pay the filing fee.

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 26th day of August, 2019.

JAMES L. ROBART
United States District Judge

ORDER - 1